# NO. 04-14-00746-CV

IN THE TEXAS COURT OF APPEALS FOR THE FOURTH DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 1:44:55 PM
KEITH E. HOTTLE
Clerk

* * * * *

**ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT,**
**Appellant**

v.

**CATHERINE CLARK,**
                                    **Appellee**

* * * * *

On Accelerated Interlocutory Appeal from the 285th Judicial District Court
Bexar County, Texas
Cause No. 2009-CI-19821

* * * * *

## APPENDIX TO BRIEF OF APPELLEE, CATHERINE CLARK

* * * * *

Respectfully submitted,

Brendan K. McBride
State Bar No. 24008900
brendan.mcbride@att.net
MCBRIDE LAW FIRM, of Counsel
  to GRAVELY & PEARSON, LLP
425 Soledad, Suite 620
San Antonio, Texas 78205
(210) 227-1200 Telephone
(210) 881-6752 Facsimile

Matthew R. Pearson
State Bar No. 00788173
mpearson@gplawfirm.com
Tracie Gee Conner
State Bar No. 24074066
tconner@gplawfirm.com
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, TX 78205
(210) 472-1111 Telephone
(210) 472-1110 Facsimile

**ATTORNEYS FOR APPELLEE,**
**CATHERINE CLARK**

# TABLE OF CONTENTS

**Page**

May 14, 2008 Complaint letter from Catherine Clark      1-14

Page 21 of New Employee Handbook      15

May 14, 2008

To Whom it May Concern:

When joining the Alamo Heights Junior School staff, I was honored and so very excited to get back into P.E. and coaching again. Better yet, I was now a bigger and better part of my community with the ability to positively affect hundreds of children! I wanted all my life to live and to work in Alamo Heights ISD. I assumed that the educators employed by such a reputable district would have high standards and morals. But in the case of Ann Monterrubio, this assumption could not be farther from the truth. On a daily basis, I encounter rude and abrasive behavior. She uses derogatory language to badmouth parents, students, teachers, and administration. She teases and bullies both myself and our students. She exposes us all to a type of behavior that is not only inappropriate, but illegal. I feel an obligation to report the wrongdoing.

The following events have been stated to the best of my recollection. I think, after careful review, that it will be evident that I have been forced to work in a hostile environment. I have been bullied and harassed by coworker Ann Monterrubio to the extent that I am unable to perform the duties expected of me at the Junior School. Even though I spoke with my supervisors (Michelle Land on Oct. 18, Lisa Lucas on March 28, and again with Michelle on May 7) to remedy the situation, no one was able to prevent Ann from bullying me. I have become physically ill with loss of sleep and stomach / intestinal problems due to the stress her harassment has caused me. Ann continues to use offensive and derogatory language, threatening and intimidating conduct, offensive jokes, name calling, insults, slurs, and rumors about me. Students, substitute teachers, and fellow teachers were witness to it all.

- During our New Teacher Orientation Meetings in August, Ann repeated made remarks about Georgia Frank's (asst. principal) breast. She asked me if I thought they were real. I said I didn't know. Ann stated that she was convinced that they were not real. She seemed to have a fascination with them and said it drove her crazy that she didn't know the truth. I dismissed the conversation about this topic every time it arose. I would change the subject. But I wondered how dangerous it was to have a female coach like Ann around in the girls' locker room at AHJS.

- On or about Sept 20, Ann Monterrubio told me that she was a revengeful person and that she had retaliated against others from the workplace in the past. She stated that she was sorry for some of the things she has done in the past, but people that "mess with her deserve it." This worried me and deterred me from making reports until now.

1

328

PL00041

- On or about Oct 10, during a lesson on the tennis court, Ann made a remark about my black shirt, saying, "Wow, Coach Clark, I think your boobs are going to pop out of your shirt!" I immediately changed the direction in which I was walking and went to a different court. I tried to continue my lesson without facing her.

- On or about Oct 11, when entering the athletic office, I was told by Ann: "God, Coach, you are wearing those blue pants again? You know I can see your G-string through them. And I can see the dimple in your ass." Throughout the week, she continued to talk about my bottom and my breasts. I simply changed the subject or left the office I order to avoid the issue.

- On or about the month of October, Coach Monterrubio was angry with our 4th period class about them not dressing out. She told them that they "better go to Wal-mart tonight and walk around the floor and pick up spare change" so that they can "afford" a gym shirt. Some of the students reported this to David McRoberts (assistant principal) and to Lisa Lucas(wellness counselor).

- On or about Oct 18, with Ann in the office, I held a discussion with Michelle Land to let her know about Ann's offensive language overheard by students. I also explained that I was tired of the jokes Ann made me the butt of. I said to them both that I was not okay with the way Ann talked to me and about me. Ann said that she was "just making fun of you Catherine, not that it is a big deal." Ann also admitted to talking about me behind my back but dismissed it as "just joking around."

- Michelle Land told Christi Gonzales on two occasions that she knew that Ann liked to tease and humiliate Catherine Clark. Michelle said that Ann was jealous of Catherine Clark and that Ann tried her best to do things to upset her. Christi asked Michelle why she didn't tell Ann to stop, afterall, Michelle is the athletic supervisor. Michelle said to Christi that she didn't want to get in the middle of it. Realistically, Michelle and Ann are buddies and Michelle allowed Ann to bully and harass Clark on a daily basis.

- On or about Nov 1, when standing out at the track during a PE class, Ann informed me that "the guy coaches were betting that (my) breasts were fake." She insisted to me that they were and I replied that it was none of her business, or theirs. I later asked both Ann and Michelle why Ann would be talking about my body to the male coaches. They supplied no answer. During faculty meetings and PLC meetings, I make it a point to sit far away from Ann and in front of the room if possible, so that my back is to the coaches, both male and female. I also purposefully prop files and papers on my knees to cover my chest at meetings because I am so self-conscience about my breasts because of the comments Ann continues to make about them and what was being rumored about my body among the coaches. I almost always wear jackets over my cloths as a façade.

- On or about Nov 5, Ann threatened several students in our 4th period PE class that they would have to run if they didn't start dressing out. Some girls verbally

2

PL00042

expressed how unfair they thought the punishment to be. An argument between the students and Ann ensued. The girls exhibited a bad attitude, as did Coach Monterrubio. The things Ann shouted were demeaning and sarcastic. Ugly words were said back and forth. I asked everyone to calm down. The gymnasium was filled with tense hatred—not a healthy environment for our students.

- On or about Nov 9, Ann told my now five-year-old daughter, Emily: "I'm going to stick your popsicle stick up your butt if you don't stop annoying me." A couple of students came to tell me what she said, but I told them that they must have misunderstood. In actuality, I had already overheard the remark myself but I was trying to downplay it for they sake of the students. I did not confront Ann about it, I simply urged my daughter to stay under my desk and away from Ann the next time she was in the office.

- On or about the months of December, January, and March: "Time for my speed," she has been heard saying. Everyone hears the timer go off in the office, she takes a pill to aid in weight loss. No doubt that the students have heard this and know she's on medicine. She announced that it is an illegal prescription of a drug removed by FDA-- Phen-fen (sp?). My concern is that her blatant and foul behavior seems worse after she has taken the pill. She becomes more aggressive, rude, and unpredictable. The students are frightened of her and so am I.

- On or about Dec 5 & 6—Michelle and Ann urged me to come with them to Planet K in order to purchase ornaments for the Faculty Christmas Party. I refused, for we had just received a memo asking the staff to keep the ornaments for the gift exchange clean. I advised them not to do it and I told them they were going to get in trouble. They purchased an indecent ornament for me , but I refused to take it to the party. I did provide the gift bags, but I repeatedly asked if we could just give normal ornaments. I was so worried that we would get in trouble. I did not take one from the office. The party was humiliating, for I felt an obligation to hang out with the coaches, yet they were intoxicated and doing embarrassing things (clanging beer bottles together during the pre-dinner prayer, grabbing their private areas of their bodies for photographs next to the Christmas tree, and extremely dirty dancing). I left the party early. Ann had asked me for items to decorate her own tree, like a teabag and a corvette toy car. I did not find out until later that she was using the items in a perverted way. At the age of 37, I reluctantly learned from her what "teabag" meant and that she was creating a Christmas tree adorned with items signifying her sexual deviance. She even showed me a photo of the tree.

- On or about Dec 17, Ann hit my shoulder with her shoulder –a very hard shove— because I would not sign Angela Fernandez's discipline write-up. She carried on and on all that week about how lousy she thought the discipline procedures were on campus. She demanded that something be done about students who refuse to dress out. She insulted the way the assistant principal(s) handled the school discipline. With students nearby and wide-eyed, Ann brashly expressed the fact that "administration does not support athletics."

PL00043

- On or about Dec 18   She announced that she was going to get her previous boss fired.  She went on and on all that day about the details of issues she had with him last year and how she was going to stir things up and cause trouble for him. She was on her computer hours and hours that week, communicating with former colleagues about getting him in trouble.

- On or about Dec 19, I the girl coaches exchanged Christmas gifts.  When receiving a candle that I gave to her, Coach Monterrubio made a remark indicating she was going to make love next to the candle when it was lit up in her apartment.  She said to me: "I will think of you next time I am f---ing."

- On or about Jan 7, I arrived at the athletic office and greeted the other coaches with "Happy New Year!"  I asked Coach Monterrubio how her break was and she replied: "Awesome.  It was a Fuck Fest.  I boinked the enter time."  I blinked a couple of times and turned my back and got to work.

- On or about Jan 9, I heard Ann telling a group of coaches and students about her dedicated attempt to clean up her language.  She was talking something about putting a quarter in a jar when she said the S- or F-- word.  I was relieved because I assumed Michelle had talked to her about cussing in the workplace.  Her profanity got better for a while (week or two) but then she continued to use offensive words in my presence and within earshot of the students.

- On or about Jan 12.  During a tournament at Nimitz, I was to coach Coach Gonzales' basketball team because she was out-of-town for a wedding.  Coach Land and I were going to coach together, for I was not yet comfortable or knowledgeable about the sport to do it on my own.  But I was the only one familiar with her plays because I held practice with her every morning during the season at 6:30 a.m. in the gym with our teams together.  During the Nimitz tournament, Ann showed up, acting very abrasive and pushy, and out-yelled me on almost every play.  I would try to get the team to do a play one way (as Coach Gonzales had taught us) and Ann would yell at them to do it another.  The conflicting advice during the game confused the players and upset the parents.  Michelle told me afterward that she felt like telling Ann to "shut-up and let Coach Clark coach."  But she didn't.  I was embarrassed and humiliated in front of the entire gymnasium, Coach Land, the players, and the parents.

- On or about Jan 15, she again threatened my 5-year-old daughter by telling her she was going to lock her in the bathroom.  I did not say a word to Ann about it.  Because my demeanor is to avoid conflict at all cost, I just let many of the incidents go.  I felt like my approaching Ann would only make things worse.  I asked Michelle several times to ask Ann to be nicer to my daughters (and less abrasive to the students).  Michelle just told me about her own daughter and how she had had the same experience with a couch (Christi Moore) being rude and mean to her own

4

PL00044

daughter. She said Ann didn't understand what it is like to be a mom. Michelle said that Annie is just Annie; that's just how she acts.

- I have witnessed her poor treatment of African Americans in our classes. She gets in their face and demands things of them that the other girls do not have to do. On or about January 24, she was very ugly to Erika Slaughter about picking some jerseys off the floor. Erika felt picked on and gave an attitude which escalated in a power struggle between the two. Erika was humiliated because her classmates witnessed her losing face with Coach Monterrubio. The rest of the day, I had to listen to Coach Moterrubio complain about the situation and how much she dislikes Erika's attitude. Michelle Land had to get involved when Erika's mother came to the office. I, too, talked to the mother to try to ease the situation. Michelle complimented me on the way I handled it. She told both me and Ann that I am better at working with the students and parents when conflict arises.

- On or about Jan 30, when the pizza for the basketball team arrived, Ann watched me open the boxes and told me that I better step back or I would "get pizza sauce on my enormous tits."

- On or about Jan 30, I left campus to go and get a spray tan because I had a formal event the following evening. Upon returning to school, I was made fun of by Ann over and over about my "orange" skin. I was a good sport and allowed her to make jokes, but I didn't realize she had gone and told students about my "spray tan" until they came over and starting poking fun of me. I asked how they knew it wasn't real and they said that Coach had told them to come harass me about it. I honestly think that no one would have ever noticed if Ann hadn't pointed it out to everyone. The worst part of all, I later realized that she went to the male coach's office to announce my orange tan. She urged them to harass me about it, too. I was only a bit disturbed when Mark Bond came over to the girl's gym to poke fun of me, but at the game that evening, two other male coaches at the score table kept making fun of me to the extent that it really disrupted my ability to coach my game. Due to a lack of basketball experience, I really have to concentrate on the game and it was just too difficult with the distractions going on to coach in a professional manner.

- On or about Feb 5, Ann announced the fact that she had an abortion and she was proud of it, for she did not like children. I had already been told about all this during a PE class earlier in the month, but this time, she was talking to a room of coaches. She offended Coach Gonzales when saying that she told the doctors to "get the damn thing out of me as soon as you can." The office door was open and several students may have overheard her. Even if they did not hear her, I can assure you that I didn't want to listen to a topic, so demeaning to children and one that is so politically charged that there is no telling where a subject like that could head next.

- On or about Feb 14, Ann received a photograph on her cell phone during a PE class. She showed both Michelle Land and then me the picture of her boyfriend's private

5

PL00045

area. He had taken and sent her a photograph of his genitals, which he manipulated into a heart shape for Valentine's Day photograph. I grossed out and replied: "I wish you hadn't shown me that." She told me to "get over it. You're no angel, Clark." I stayed way away from her for the rest of the day. The photograph absolutely ruined my Valentine's Day. It was a disgusting image; one I will never forget.

- On or about Feb 19: This is just one of several times Ann announced to me— within earshot of PE students--that she thinks I should just be a stay-at-home Alamo Heights Mom. She also shared her opinion with Lisa Lucas during our mediation. She said she was concerned that I do too much and that I am always stressed out. She claims that I don't need to be here since I do not rely on the paycheck and she insists that I would better blend in to our community as a stay-at-home mother because that better suites me. She constantly makes fun of the other AH mothers by being derogatory and buying into the reputation that they are smug, wealthy and snotty. At games, she points and laughs and makes very rude remarks about them. After conferences with parents, she insults them. And during the workday, she negatively remarks about parents and they way they are raising particular students. I am tired of hearing her insult the parents of our students on a daily basis. Michelle Land also hears her insulting parents but does not ask her to stop.

- On or about Feb 26, when referring to an African-American student in PE, she made a "dark meat" remark loud enough for our student aids to hear it.

- On or about February 27, Ann approached me when at recess duty at the track. She warned me that Stephanie Kershner was going to give me a bad evaluation. Ann insulted our principal with the F word and was very upset that her summative conference didn't go well. She claimed, "I am not angry. How dare she call me F-ing angry. She wants me to go to diversity classes. F her...." I stood there and listened, knowing that our subsequent PE class together would be challenging for me and the students with Ann being in such a terrible mood. With the office door open, for the remainder of the afternoon, she focused negative energy into her very loud complaints about the principal and the assistant principals. She rambled on and on about the way they respond to the discipline write-ups and about the procedures they set for the school. It is no secret to the staff and the students how Ann feels about the administration.

- On or about March 3 The principal, Stephanie Kershner, told me during my summative conference that I had the highest score possible on my evaluation—all "above expectations." She then told me that my daughter coming to the school twice a week during the last hour was causing problems in the workplace. She said that the children of the staff should not be on campus before the bell rings. I understood that, when she hired me, she was aware that my daughter was in BELLS (speech) at Howard on Tuesdays and Fridays but was not eligible for after school care afterward. Emily would need to be with me at work during the last period these two days of the week until I could find and hire a driver/sitter. I had also

PL00046

cleared this fact with Michelle before I was hired. Both Michelle and Stephanie told me that it was fine with them. Before I accepted my position, they told me that the Jr. School is a family place, that several teachers, like themselves, have small children at the school intermittently. But now, there was a problem with it and I can understand the underlying issues that can arise from this. From that day on, I have not brought my daughter to campus before the bell without special permission. But I have noted that Michelle Land, Jackie Moore and John Munoz continue to bring their 3-year-olds to our office during school hours on many occasions. I expressed to Michelle Land that that was a double standard. I was crushed by how unfair it was that they could and I couldn't bring my daughter to the office anymore, but they still did on dozens of occasions. She agreed that either all or none of the coaches should be allowed to have their children at school. The reason that I was singled out is because Ann does not get along with my daughter and, because she advertises that fact, everyone knows it. I am not allowed to bring my daughter to campus before 3:25 but the other coaches still do it often: March 6, March 24, April 4, April 17, April 18, April 24, May 9, May 23, May 28, May 29, June 2 and June 3. These dates may not be precise, but an interview with the other coaches will give you a better idea. Their daughters are delightful; they do not bother me nor anyone else. But neither did mine, other than the issues Ann developed on her own accord. She refers to my daughters as "Trust-Fund babies."

- On or about March 6 As a surprise to both me and Coach Monterrubio, some of the 4th period students approached David McRoberts about their concerns. They claimed that Ann was extremely rude to the class and also said very negative things about me not only in front of them on a daily basis, but to the class when I was out one day. The students told David McRoberts that "Coach M picks on Coach Clark" and that they want it to stop. I was also told by another group of students that when I was out that same day, Monterrubio asked them to vote as to whom they like better, Coach M or Coach Clark.

- On or about Mar 14, Maddie Flores' mom arrived at the girls' athletic office in tears, literally. She said she had prayed long and hard about the way Coach Monterrubio treated her daughter when a decision was made to quit the track team. She stated that her daughter was scared of Coach Monterrubio and that she was upset that the Coach kept teasing her for days after she quit the team by calling her a "quitter" in front of her teammates. Both Maddie and her mother were scared of retaliation from Coach Monterrubio. The mother begged for confidentiality in the matter. Christi Gonzales told the parent that she would pass her complaint on to Michelle Land. Michelle did not take care of Coach Monterrubio's bullying of athletes because just days later, on or about March 19, I was in H.E.B. when approached by a neighbor (who also begged for confidentiality). She told me that her daughter and friends were upset by the way Coach Monterrubio treated them. As I was told, a group of athletes were told by Coach Monterrubio that they were spoiled brats. They also told their parents how Ann was making fun of a referee at a game and told the girls that he was gay. The mother asked me if the principal was aware of the way parents felt about Ann. They not only heard second-hand about

334

PL00047

the inappropriate things Ann said to the girls, but the parents themselves witnessed her acting loud, obnoxious, and intoxicated at local restaurants in front of their families. No one has brought up the issue to administration due to fear that their daughter might be ostracized at practices or games. It is a known fact that Coach Monterrubio and the athletic department head, Coach Land, are "drinking buddies." Parents are painfully aware that the coaches determine who makes the teams, how they are treated during practices, and if they play in games.

- On or about Mar 25, During 7th period PE, Coach Monterrubio began sharing an internet story of a 400 lb. woman who fell on a baby and smothered it to death. I quickly announced to the entire group that the story was not appropriate to share with 7th and 8th graders and that, now that we have their full attention, we should divulge information to them that would enrich their lives. The internet stories Coach Monterrubio uncovers and shares with students are not what parents would want to hear from their children when asking them what they learned at school.

- On or about Mar 27 Even though she was told that our mediation with Lisa Lucas and everything discussed was to remain confidential, Ann announced to all the female coaches (including me) that they need to be careful not to offend me by talking about my body. The mediation that Stephanie Kershner arranged seemed to only cause more bullying. Ann was mad at me for revealing to Lisa what was really going on. Ann told me prior to the mediation that we should both act like we had no issues and that it was a waste of our time. When sitting outside Lisa's office, Ann grabbed a brochure entitled "Stop the Bullying" and held it up, saying how funny it would be if she walked into Lisa's office with it visible to her.

- On or about April 8, Ann told me that she thought Mark Bond and I should "hook up." She continually made comments to both him and to me that we'd make a good couple. I told her that she knew I was married and to stop making inappropriate remarks about it any more. She did not stop. Twice more that week, knowing it upset me, she brought the subject up again. I told Michelle Land that week that I was tired of Ann teasing me on a daily basis. Nothing was done.

- On or about April 16—I was pushed by Ann when near the doorway of the athletic office. I was trying to get the box of pencils for my class. The entryway is narrow and on several occasions, she has pushed me (only when others are not watching). I am physically scared of her and, as I write this document, I will not be alone with her anymore in the workplace.

- On or about the week of April 21, Ann was gloating aloud to all the coaches about having three nights in a row with three different men. I nervously glanced toward the office door, where there were students gathering for the next class. She told Michelle Land that there should be an "S" on her forehead. I looked puzzled, got out of my seat, and walked toward the office door. As I approached the students, I heard Ann say, "Don't act so naive; 'S' stands for slut."

PL00048

- On or about April 19, Coach Gonzales and I were traveling in my car with our children in the back. A conversation developed between my daughters about Coach Monterrubio. One child asked me: "Why doesn't Coach Monterrubio like us, Mom?" The other daughter replied: "It's not just us. She doesn't like kids at all." This is a sad statement to hear from them. But is a known fact that Ann does not like children. She even told me that she does not like PE and that she is only here for the coaching.

- On or about April 23, as I was eating shrimp for lunch, a student by the name of Anne Dooley poked her head in the office to exclaim, " I smell shrimp! I love shrimp!" Coach Monterrubio made a remark about me closing my legs. And I pray that the students around did not understand her perverted innuendo.

- On or about Apr 24 , after meeting in Brenda Woelfel's office with Erika Slaughter and her mother, Ann made some racist remarks about the family. She referred to the fact that the mother said Erika didn't fit in and that she didn't. In the gym later that afternoon, I noticed Erika was acting out during a lesson. I looked over to the office, where I saw Ann pointing to Erika and talking about her to Michelle Land's daughter. Erika noticed, too, and felt humiliated that her coach was talking about her just minutes after the student-parent-counselor conference. I contemplated for days whether I should tell Brenda Woelfel about the aftermath of the meeting, but I didn't. I didn't want to cause trouble. I didn't want to get Ann in trouble, for I knew she would bully me worse for it. I decided that I would be more protective of the students by boosting them with compliments and praise. I know how sensitive girls are at this vulnerable age. When making fun of or exposing students' faults to others, Ann has no tact in the fact that they notice and are humiliated.

- On or about April 28 Ann and Michelle were laughing about and viewing an e-mail that included a photograph of a naked man on a beach. It was a large man with a small or missing penis. I told them that were going to get in trouble and that they better delete it immediately. John Munoz walked in and Michelle and Ann again opened the e-mail up for his benefit. I headed toward the door. Before leaving the office, I admit that, when asked about it, I chuckled and shared my opinion that the man was not castrated. I was trying not to be the "straight-laced, goodie-goodie," odd-man out that Ann portrayed me to be. Since the very first week of working here, all I wanted to do was to be accepted by my peers and fit in with the other coaches. It seems like I had to prove myself against all the rumors and trouble that Ann caused. Not only did she talk trash about me, but she did it about everyone behind their backs. She constantly complained about Coach Moore, Coach Gonzales, Coach McCallister, and all the male coaches. She made fun of their professional and private lives. She griped about they way they worked and made digs about their character on a daily basis. So I knew she was doing the same thing to me. I came to work each day hoping that my colleagues would make their own judgments about me.

9

336

PL00049

- On or about April 29ᵗʰ I was working in the office when Ann began telling everyone in the room about events that unfurled at a bar the night before. It turned into an offensive conversation about condoms. I looked at Michelle Land to see if she might tell Ann to stop or at least to lower her voice, but she didn't. I promptly took my things outside the office and finished my work in the gym.

- Upon returning from Spring Break, Ann made a comment about how tan my chest was. I wore a black jacket and zipped it up because I was so self-conscience about her looking at my chest.

- On or about May 1 She reads my e-mails and papers on my desk. When upset over an e-mail I read about a conflict of the Athletic Awards Banquet and Cambridge Spanish Program being on the same night, I lowered the lid to my computer and walked out of the office. Ann lifted the lid and read the e-mail so she would know why I was upset. On a daily basis, she reads my papers and will look through my "stacks" on my desk, pick up photographs, and read my "to do" lists. Much of the information she acquires in this manner, she shares with both male and female coaches.

- On or about May 2 Just minutes prior to the TABC clinic (basketball seminars downtown), Michelle urges me to go out with her and Ann after the speakers that evening. Michelle said that she wasn't all that concerned with the speakers and presentations. She said she just wanted us all to go out and "bond" over drinks. I gave several excuses why I did not want to go. But Ann was sitting in on the conversation so I couldn't just say that she was the reason I didn't want to "hang out." I told Michelle that I'd think about it. I attended the clinic for almost three hours, approximately from 4:30 to 7:30. Michelle and Ann did not arrive until after 7:00. They did not stay but 20 minutes before leaving and urging everyone to go eat and drink with them. They did not return to the clinic. The next morning, I attended presentations for another 3 hours, approximately 8 to 11. Ann never did come back. Michelle arrived just after I left. I tried to expand my knowledge of basketball by attending the clinic. I arranged babysitters in order to be there. The speakers talked fast and used court language that didn't quite grasp. I would have benefited greatly if Michelle or someone else had been seated next to me to help explain things. I am trying hard to learn and improve (please speak with Coach Gonzales, whom I coached BB with year), but I was absolutely disappointed with my supervisor's lack of interest in the clinic. Her focus for the weekend was to party. The district paid lots of money for us all to attend. The fact that Ann only came for 20 minutes is sad and worse yet, nothing was ever said to her. She and Michelle both came to the event dressed like working girls, for their underwear and bellies were exposed by their scant clothing. It was embarrassing for us all. And then, Ann was talking very loud about lesbians as we left the building.

- On or about May 5 Ann snapped at me about a Summer at Heights meeting. She told me that I didn't have any reason to go since I had attended one last year. I did not respond to her. Michelle heard how she was treating me but did nothing. In

10

337

PL00050

fact, when I left the office, I heard Ann continue to complain about me and that I was going to the meeting instead of staying to help with the dodgeball tournament. In the long-run, I ended up staying for the tournament. I literally ran down to the meeting in the library for 5 minutes in order to retrieve my paperwork. I thought missing the SAH meeting staying at the dodgeball tournament would exhibit my loyalty to my department and my willingness to help despite the important meeting.

- On or about May 6, there was a change in the deadline for the FitnessGram entries. Michelle e-mailed this fact to Ann but not to me. I had been scrambling all week to get it done, but was not aware that the information was not due that Friday. Michelle failed to tell me there was a new deadline.

- On or about May 6, I was at school on this day, for my daughter had therapy. Michelle forwarded information to the coaches from Stephanie Kershner about providing personal information about ourselves for the Athletic Award Banquet. She knew I did not have my computer and would not check my e-mails, so she really should have called me so I might have been included.

- On or about May 7 I arrived to work and found yet another note on my desk from Ann, stating that I need to use a different printer. Her notes are out of line, for she all too often corrects and belittles me. I was talking to Michelle about the food I was to set up for the banquet that same night and Ann entered the room and interrupted the conversation with what she thought would work best at the banquet. For the very first time EVER, I followed Lisa Lucas' advice and stood up for myself and told her: "I'm not talking to you." I continued to talk to Michelle, who then said: "Okay, is there a problem here? You both need to work things out or Stephanie is talking about not hiring either one of you back next year." Overheard by Jackie Moore and by Lisa Lucas, a heated argument ensued, where I again claimed that Ann was still bullying me. I expressed concern that Ann still did not treat the students respectably. I told her and Michelle that many of the conversations in the office still troubled me. I said that I had had enough of the bullying. I claimed that the two were picking on me. Ann complains about my daughter bugging her when in the workplace, but now I complained about her talking aloud and also on the cell phone about things that make me uncomfortable. I should not have to listen to her offensive conversations in the workplace. I asked Michelle why she plays favorites and allows Ann to do ANYTHING she wants without consequences. Ann interrupted and told me to stop pretending to be the "victim." She made a reference to the fact that I had wadded up a note she left me because I was distressed. She accused me of throwing a stack of papers down. I did not, as Coach Gonzales and Coach Land can attest to. She began rambling and went on a shocking rampage by saying that I was a lousy mother and that shouldn't take a parenting issue out on her. She insulted me by saying that I don't love my daughters the right way and that I left the office the day before without knowing that my daughter was hiding in the gym. I responded that I did know my daughter was hiding but that a tactic I use is to just start out of the building, knowing she will tag along. She is absolutely judgmental and overly outspoken. Michelle did not

PL00051

defend me whatsoever. Michelle said that she wanted me to "hang out with her and Ann; that they don't always get drunk and pick up guys." I told her that I am married and a devoted mother that I am unable to hang out with the two of them. I am careful to have a respectable reputation and that means everything to me. I then asked Michelle why she suggested that Ann and I read an article on "getting along better with your students." Michelle said it was mainly for Ann because of all her problems getting along with the kids. When Michelle sat down with us to discuss the article, Ann told us point blank that she did not read the article because it was boring. I asked Michelle why I had to take the time to read it and Ann didn't, seeing that it was mostly an assignment to help Ann's issues. She did not have a reason. That's what is so scary about Ann Monterrubio—that she is allowed to do whatever and say whatever she wants, with no consequences. Michelle only suggested that Ann and I spend a planning period together each day in order to iron out our differences. I explained once again that I take every chance to escape from the office because it is such a negative place. Ann was present, so instead of telling Michelle that I was scared to be alone in the office with Ann, I said I had errands to run when not teaching, for I cannot stand to be in the office, listening to Ann talk of indecent events. Ann said that she periodically goes into the bathroom with the door closed to talk on the phone to friends. She said to Michelle that she knows Michelle probably thinks she's just taking a great big sh--." That's when I had finally had enough. I walked out of the office and to the front office to file a formal complaint.

- On or about May 7 That very night, after meeting with Ann and Michelle about the continued bullying, I was setting up the refreshments at the back of the auditorium. Michelle had asked Coach Gonzales where I was. "She's probably on an errand," Ann blurted out. And during the awards ceremony, Ann was laughing, pointing, and making fun of both me and other kids when we were standing up at the stage. There is nothing good to say about her obnoxious behavior that Michelle allows. It lowers the students' self esteem and it is professionally inappropriate to continually degrade me.

- I am asked on occasion by students why I do not defend myself when bullied by Coach M. I find the opportunity to tell the girls that I am fine and that I do not need to defend myself. I quickly dismiss the issue by carefully not naming any names, but saying that there are "circumstances in life when goodness will prevail if you just ignore ugly comments and try to be the bigger person." Tiffany Nicholson told me that, if she was me, she would "tear Coach Monterrubio's hair out." I quickly told her that talk like that is inappropriate and that I don't want to hear another word. Sometimes I would just walk away and reply: "Kill them with kindness" or "Turn the other cheek." But advice like this is not what I plan on giving my students. These are issues that we should not have to address. The girls here at the Junior School are impressionable and they look very closely at their teachers and coaches. I feel an obligation to act as though they are going to mimic my words and actions. The ugly things Coach Monterrubio does, day after day, are setting a very poor example for our students.

12

PL00052

- Ann speaks to both students and parents in a negative, sarcastic manner. She badmouths others, setting a immoral example for impressionable girls.

- She is argumentative and crude to students on a daily basis. I have repeatedly heard her reply to girls: 'That's what I thought," and, "I didn't think so."

- When her laptop was stolen from the athletic office, Ann expressed concern about the e-mails on her computer that were off-color and indecent. She knew that if her computer fell into the wrong hands, she would be in trouble for the content on it.

- Please view the attached e-mails (16 total) sent to me on my school computer by Ann Monterrubio. I repeatedly asked her to stop and told her that I worried we would get in trouble for profane correspondence, but she antagonized me by saying I was acting like a "goodie goodie," which I denied.

All the other female and male coaches and substitutes such as Houghey, Olga, and Lisette can attest to the fact that, on a daily basis, Ann
- Insults my hair, clothes, parenting and coaching skills
- Talks of atheism when she knows this issue upsets me
- Verbally complains (both in front of me and behind my back) the way I complete tasks.

September 14, October 18, December 7, February 12, March 27th—all dates that Ann was told by me that her language is offensive and that she needs to stop bullying me.

Reasons why I am just now reporting this to you now:

1. I truly expect retaliation. I fear for the safety of myself and my family. I know that Ann is a vengeful person and will get me back for reporting her.
2. I had faith in my superiors, both Michelle Land and Lisa Lucas, to make her stop the bullying. Stephanie Kershner was also aware of problems in the workplace because she told me at my summative conference on or about March 3 that Anne and I should attend mediation with Lisa Lucas. On February 27, Kershner also asked Ann to take a Region XX class on diversity to help her with her discipline/anger issues.
3. I did not think that I would have to be the whistleblower. I know that there are many parents and students unhappy with the caliber of coaching at the Junior School. I assumed that Ann would have been formally reprimanded by now.

13

PL00053

I want to thank you for your time and interest in this matter. I value your prompt action to rectify it. I urge you to interview the students, parents, teachers, and coaches involved so you can better understand the severity and extent of Ann Monterrubio's actions. I am proud of the reputation I have earned for myself—both as a person and as an educator-- thus far at the Junior School and over the past 12 years of teaching. Students, parents and faculty can attest to the fact that I have brought nothing but happiness to those around me. There isn't a soul that walks past me that I do not greet with smiles and nice words. I strive to make the best of each day and I thrive on the joy that children create for me. It is absolutely unfortunate that all this has unfolded in such an ugly manner. Not only do Ann's actions unreasonably interfere with my work performance, but they are so severe, persistent, and pervasive that they create an intimidating, hostile, and offensive working environment in which I refuse to be subjected to anymore. I had major hesitation about writing this very complaint, knowing it might unfairly label me as a "whiner" or "tattle tail." And I am fully aware that some of my peers will hate me for it. Other coaches may not understand it. The entire situation embarrasses, humiliates, and angers me. The anxiety I have endured has taken a toll on my mental and physical wellbeing. But, in my heart, I know I am doing the right thing—advocating for myself and for the kids. I am relying on all persons involved to be discreet and respect my right to confidentiality. I understand that limited disclosures may be necessary in order to conduct a thorough investigation and comply with applicable law. I expect that individuals who exploit my request for confidentiality will receive punitive recourse. I respectfully request that a written response to this complaint is provided to me within ten days from today.


Respectfully,



Catherine Clark

PL00054

## COMPUTER USE AND DATA MANAGEMENT
Policy CQ

The district's electronic communications systems, including its network access to the Internet, is to be used for administrative and instructional purposes only. Electronic mail transmissions and other use of the electronic communications systems are not confidential and can be monitored at any time to ensure appropriate use.

## DRUG-ABUSE PREVENTION
Policy DH

Alamo Heights ISD is committed to maintaining a drug-free environment and will not tolerate the use of illegal drugs in the workplace. Employees who use or are under the influence of alcohol or illegal drugs as defined by the Texas Controlled Substances Act during working hours may be dismissed.

## TOBACCO USE
Policy DH and FNCD

Smoking or using tobacco products is prohibited by law on all district-owned property and at all school-related or school-sanctioned activities, on or off campus. This includes all buildings, playground areas, parking facilities, and facilities used for athletics and other activities. Drivers of district-owned vehicles are prohibited from smoking while inside the vehicle. Notices stating that smoking is prohibited by law are displayed in prominent places in all school buildings.

## SEXUAL HARASSMENT
Policy DHC and FNCJ

*Employee-To-Employee:* Sexual harassment of a coworker is a form of discrimination and is prohibited by law. Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct under the following conditions:

-    Submission to such conduct is explicitly or implicitly a term or condition of employment.
-    Submission to or rejection of such conduct is used as the basis for employment decisions.
-    The conduct unreasonably interferes with an individual's work performance or creates an intimidating, hostile, or otherwise offensive work environment.

Employees who believe that they have been sexually harassed by another employee are encouraged to come forward with complaints. The district will promptly investigate all allegations of sexual harassment and will take prompt appropriate disciplinary action against employees found to have engaged in conduct constituting sexual harassment of other employees. The district's policy outlining the process of filing complaints of sexual harassment can be found in policy DHC (Local).

*Employee-To-Student:* Sexual harassment of students by employees is a form of discrimination and is prohibited by law. Sexual harassment of students includes any welcome or unwelcome sexual advances, requests for sexual favors, and other oral, written, physical, or visual conduct of a sexual nature. Romantic relationships between district employees and students are strictly prohibited.

In most instances, sexual abuse of a student by an employee violates the student's constitutional right to bodily integrity.

250

DOCUMENT SCANNED AS FILED **D01312**